# UNITED STATES DISTRICT COURT

for the

District of Maryland

FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 1 4 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Storage Unit J-10 at Timonium Self Storage | )<br>)<br>)  Case No. 13-908 BPG<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Storage Unit J-10 is located at Timonium Self Storage, 1932 Greenspring Drive, Timonium, Maryland 21093. Unit J-10 is described as a storage unit with a red roll up door. The number "10" appears over the top of the red door in black paint. The letter "J" appears in black paint above storage unit 13, which is in the same building as unit "J-10." The letter "J" also appears on the corner of the building in black paint.

located in the _____ District of ___Maryland___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ✓ evidence of a crime;
- ✓ contraband, fruits of crime, or other items illegally possessed;
- ✓ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute a Controlled Substance |
| 21 U.S.C. § 841 | Distribution of a Controlled Substance |

The application is based on these facts:

See attached affidavit

- ✓ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

TFO David Phillips, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Apr 24, 2013

*Judge's signature*

City and state: Baltimore, Maryland    Honorable Beth P. Gesner, US Magistrate Judge
*Printed name and title*